*E-Filed 03/30/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MB TECHNOLOGIES, INC., a Georgia Corporation,<br><br>    Plaintiff,<br>  v.<br><br>ORACLE CORPORATION, a Delaware Corporation; and ORACLE USA, INC., a Colorado Corporation,<br><br>    Defendants. | No. C 09-05988 RS<br><br>**ORDER RE-SCHEDULING CASE MANAGEMENT CONFERENCE** |

The parties have filed a joint stipulation to re-schedule their case management conference, from April 8, 2010, to April 15, 2010. As there is already a dispositive motion hearing scheduled for April 15, 2010, the case management conference is hereby continued to **June 3, 2010**. The parties should file their joint case management statement and serve initial disclosures no later than **May 27, 2010**.

IT IS SO ORDERED.

Dated: 03/30/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 09-05988 RS
ORDER