*E-Filed 8/24/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MB TECHNOLOGIES, INC., a Georgia Corporation,<br><br>Plaintiff<br><br>vs.<br><br>ORACLE CORPORATION, a Delaware Corporation and ORACLE USA, INC., a Colorado Corporation,<br><br>Defendants. | Case No: C09-05988 RS (HRL)<br><br>[PROPOSED] ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE |

[PROPOSED] ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE- Case No. C09-05988 RS (HRL)

1    The Stipulated Dismissal With Prejudice of Plaintiff MB Technologies, Inc. ("Plaintiff"), and Defendants Oracle Corporation and Oracle USA, Inc.[1] ("Defendants"), pursuant to Federal Rule of Civil Procedure 41(a), having come before this Court, **IT IS HEREBY ORDERED** that:

(a) this action and the claims therein are dismissed with prejudice;

(b) the parties will bear their own costs and attorneys' fees incurred in connection with this action; and

(c) the Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement.

DATE:  August  23, 2010

_____
Hon.  Richard J. Seeborg
United States District Judge

---

[1] Oracle USA, Inc. was a wholly-owned subsidiary of Oracle Corporation.  On February 15, 2010, Oracle USA, Inc. merged with and into Sun Microsystems, Inc.  Sun Microsystems, Inc., the surviving corporation, was then renamed Oracle America, Inc.

[PROPOSED] ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE - Case No. C09-05988 RS (HRL)    2